**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:14-cv-00353-CMA

PRIMAL WEAR, INC., a Colorado Corporation,

        Plaintiff,

vs.

RIDER SPORTSFASHION, LLC, a California Limited Liability Company, d/b/a/ JAKROO USA,

        Defendant.

---

**ANSWER TO COMPLAINT**

---

Defendant Rider Sportsfashion, LLC d/b/a Jakroo USA ("Jakroo") hereby answers Plaintiff Primal Wear, Inc.'s ("Primal Wear") Complaint ("Complaint") as follows:

1. Answering paragraph 1, Jakroo lacks information or knowledge upon which to admit or deny the allegations in this paragraph and, on that basis, denies them.

2. Answering paragraph 2, Jakroo admits the allegations in this paragraph.

3. Answering paragraph 3, Jakroo states that the question of whether this Court can exercise personal jurisdiction is a legal conclusion that Jakroo does not admit or deny. Jakroo denies the remaining allegations in this paragraph.

4. Answering paragraph 4, Jakroo admits that, as a federal district court, this Court has subject matter jurisdiction over suits arising under 17 U.S.C. §101 et seq.

5. Answering paragraph 5, Jakroo denies the allegations in this paragraph.

6. Answering paragraph 6, Jakroo admits the allegations in this paragraph.

7. Answering paragraph 7, Jakroo lacks information or knowledge upon which to admit or deny the allegations in this paragraph and, on that basis, denies them.

8. Answering paragraph 8, Jakroo denies the allegations in this paragraph.

9. Answering paragraph 9, Jakroo denies the allegations in this paragraph.

10. Answering paragraph 10, Jakroo lacks information or knowledge upon which to admit or deny the allegations in this paragraph and, on that basis, denies them.

11. Answering paragraph 11, Jakroo lacks information or knowledge upon which to admit or deny the allegations in this paragraph and, on that basis, denies them.

12. Answering paragraph 12, Jakroo lacks information or knowledge upon which to admit or deny the allegations in this paragraph and, on that basis, denies them.

13. Answering paragraph 13, Jakroo denies the allegations in this paragraph.

14.   Answering paragraph 14, Jakroo admits that Rider Sportfashion based in Beijing, China, has, in the past, manufactured cycling jerseys sold under plaintiff's brand.  Jakroo denies the remaining allegations in this paragraph.

15.   Answering paragraph 15, Jakroo denies the allegations in this Paragraph.

16.   Answering paragraph 16, Jakroo denies the allegations in this Paragraph.

17.   Answering paragraph 17, Jakroo denies the allegations in this Paragraph.

18.   Answering paragraph 18, Jakroo incorporates by reference its answers to Paragraphs 1 through 17 of the Complaint.

19.   Answering paragraph 19, Jakroo states that this paragraph states a legal conclusion, which it does not admit or deny.

20.   Answering paragraph 20, Jakroo denies the allegations in this paragraph.

21.   Answering paragraph 21, Jakroo denies the allegations in this paragraph.

22.   Answering paragraph 22, Jakroo denies the allegations in this paragraph.

23.   Answering paragraph 23, Jakroo denies the allegations in this paragraph.

24.   Answering paragraph 24, Jakroo denies the allegations in this paragraph.

25.   Answering paragraph 25, Jakroo denies the allegations in this paragraph.

26.   Answering paragraph 26, Jakroo incorporates by reference its answers to Paragraphs 1 through 25 of the Complaint.

27.   Answering paragraph 27, Jakroo denies the allegations in this paragraph.

28.   Answering paragraph 28, Jakroo denies the allegations in this paragraph.

29.   Answering paragraph 29, Jakroo denies the allegations in this paragraph.

30.   Answering paragraph 30, Jakroo denies the allegations in this paragraph.

## AFFIRMATIVE DEFENSES

### First Defense: Statute of Limitations

Primal's claims for relief are barred to the extent the acts of alleged infringement occurred outside the applicable limitations period.

### Second Defense: Fair Use

Primal's claims for relief are barred under the doctrine of fair use.

### Third Defense: Failure to Register

Primal's claims for relief are barred because Primal has failed to register with the United States Copyright Office the copyrights allegedly infringed.

### Fourth Defense: Copyright Misuse

Primal's claims for relief are barred because it has engaged in copyright misuse by using its purported copyrights in an effort to secure exclusive rights not granted by the United States Copyright Office against public policy.

## PRAYER FOR RELIEF

WHEREFORE, Jakroo prays that the Court dismiss the Complaint and award Jakroo attorney fees, costs and other relief deemed just and proper.

Dated:  April 8, 2014                                   Respectfully submitted,

    s/ Joseph A. Meckes
*Joseph A. Meckes*
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111
Tel:     +1.415.954.0200
Fax:    +1.415.393.9887
Email: joseph.meckes@squiresanders.com

Attorneys for Defendant
Rider Sportsfashion, LLC d/b/a Jakroo USA
Primal Wear, Inc.

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses of the participants listed below.

I hereby certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system on the parties listed below:

| | |
|---|---|
| Jeffrey H. Kass, Esq.<br>Joseph T. VanLandingham, Esq.<br>Polsinelli PC<br>1515 Wynkoop, Suite 600<br>Denver, CO  80202-1130<br>Tel:     (303) 572-9300<br>Fax:    (303) 572-7883<br>Email: jkass@polsinelli.com<br>            jvanlandingham@polsinelli.com | *Attorneys for Plaintiff*<br>Primal Wear, Inc. |

| | |
|---|---|
| Dated:  April 8, 2014 |   s/ Joseph A. Meckes<br>*Joseph A. Meckes*<br>Squire Sanders (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA  94111<br>Tel:     +1.415.954.0200<br>Fax:    +1.415.393.9887<br>Email: joseph.meckes@squiresanders.com<br><br>Attorneys for Defendant<br>Rider Sportsfashion, LLC d/b/a Jakroo USA<br>Primal Wear, Inc. |