**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-0353

PRIMAL WEAR, INC., a Colorado Corporation,

        Plaintiff,

  v.

RIDER SPORTSFASHION, LLC, a California Limited Liability Company, d/b/a/ JAKROO USA,

        Defendant.

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties have reached a settlement of all matters, in principle.  The parties need time to finalize and document the precise terms of the settlement.  Therefore, the parties respectfully request that all deadlines be stayed for forty-five (45) days to allow the parties to prepare and execute formal settlement documents and to submit a stipulation to dismiss.

1

2

Dated: July 25th, 2014                         Respectfully submitted,

        *s/ Jeffrey H. Kass*
        Jeffrey H. Kass
        Joseph T. VanLandingham
        Polsinelli PC
        Denver, Colorado 80202
        Telephone:  303.572.9300
        Facsimile:  303.572.7883

        Attorneys for Plaintiff PRIMAL WEAR, INC.,
        a Colorado Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF/CM system, which will send notification of such filing to the following e-mail addresses:

Joseph A. Meckes
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel:    415.954.0200
Fax:    415.393.9887
Joseph.meckes@squiresanders.com
*Attorney for Defendant*

        _s/ *Vivian S. Lehan*_

48487989.1