**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00353-CMA-KLM

PRIMAL WEAR, INC., a Colorado corporation,

    Plaintiff,

v.

RIDER SPORTSFASHION, LLC, a California limited liability company
d/b/a JAKROO USA,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 17), signed by the attorneys for the parties hereto, it is hereby

ORDERED that all claims between Plaintiff and Defendant in this case are DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED: August 19, 2014

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge